McGLONE, Appellant, v. TIMMONEY, Respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Annie A. McGlone against Henrietta Timmoney. No opinion. Judgment affirmed, with costs.

McGRAW et al., Respondents, v. COHN, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by William McGraw and others against Israel M. Cohn. PER CURIAM. Judgment and order affirmed, with costs. SMITH, P. J., and HOUGHTON, J., dissent.

MACHAT, Respondent, v. BROMBERG, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) In the matter of supplementary proceedings in the action of Bertram B. Machat against Philip M. Bromberg. PER CURIAM. Appeal dismissed, with $10 costs and disbursements, upon the ground that, in the absence of the judgment record and of the affidavit upon which the order for examination in supplementary proceedings was obtained, the questions raised by the appellant upon this appeal cannot be determined.

McINTOSH, Respondent, v. WOLFE, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Edith E. H. McIntosh against Arthur P. Wolfe. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., dissents, upon the ground that no actionable negligence was established against the defendant, and that plaintiff was not shown free from contributory negligence.

McKEE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Nora Lowe McKee against the City of New York. No opinion. Motion denied. See, also, 135 App. Div. 829, 120 N. Y. Supp. 149.

McLELLAN, Appellant, v. McLELLAN, Respondent (two cases). (Supreme Court, Appellate Division, First Department. June 23, 1911.) Actions by Pauline McLellan against George B. McLellan. I. N. Jacobson, for appellant. W. Klein, for respondent. PER CURIAM. Orders affirmed. Orders filed. DOWLING, J., dissents.

McNULTY et al. v. WELLER et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Margaret V. McNulty and another against Arthur D. Weller and others. No opinion. Order affirmed, with $10 costs and disbursements.

McPHERSON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by William J. McPherson against the City of New York. PER CURIAM. Judgment and order affirmed, with costs. JENKS, P. J., dissents.

MACRARY, Appellant, v. FOWLER, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Churchill G. Macrary against Julia E. Fowler. S. H. Sternberg, for appellant. W. F. Fowler, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

McVEY, Respondent, v. SECURITY MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by John McVey against the Security Mutual Life Insurance Company. PER CURIAM. Judgment affirmed, with costs. See, also, 118 App. Div. 466, 103 N. Y. Supp. 1056; 119 App. Div. 928, 105 N. Y. Supp. 1129. SMITH, P. J., dissents.

McWILLIAMS et al. v. McWILLIAMS et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Appeal from Special Term, New York County. Action by Daniel A. McWilliams and another, as administrators, etc., against Charles A. McWilliams and others. From an order granting a motion for a commission to take testimony of the witness on oral questions, defendants appeal. Modified and affirmed. A. A. Spear, for appellants. Lawrence W. Trowbridge, for respondents. PER CURIAM. Order modified, by requiring, as a condition of granting the open commission, that the plaintiffs pay to the defendants the sum of $75 (instead of $22) as and for their reasonable expenses upon the execution of said commission. As so modified, affirmed, without costs.

MAGUIRE, Respondent, v. SPERRY & HUTCHINSON CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Charles F. Maguire against the Sperry & Hutchinson Company and another. J. H. Jones, for appellants. E. W. S. Johnston, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MAGUIRE v. SPERRY & HUTCHINSON CO. et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Charles F. Maguire against the Sperry & Hutchinson Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

In re MALONE. LAW v. PEOPLE. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) In the matter of the judicial settlement of the account of proceedings of Owen J. Malone, as administrator, etc., of Catharine Grimes, deceased. In the matter of the kinship of Frederick W. Law, as execu-